# EXHIBIT B

| | |
|---|---|
| **From:** | Matthew Cecil |
| **To:** | Jackson, Larry |
| **Cc:** | Bharath Singh; Ryan Deely |
| **Subject:** | Tyson HT - Pad Ready Impact |
| **Date:** | Monday, March 25, 2019 4:48:20 PM |
| **Attachments:** | image606178.png |
| | image724260.png |
| | image290344.png |
| | image193934.png |
| | image961443.png |
| | 2019-0321-Gray-TRT-3r1-Overall.pdf |
| | Tyson HT - Pad Ready Impact Summary_03252019.pptx |

Hello Larry,

As we discussed, attached is the latest schedule reflecting a pad turnover from Tyson's separate contractor of 7/1/2019.  Below are categories of cost and time impacts from this delayed pad turnover from Tyson's contractor to Gray, as well as the impact to the overall project time line. The attached schedule does not account for any additional schedule pushes, and any unforeseen or additional impacts will push the schedule day for day. Below, in general, describes the known impacts and the future "possible" impacts. Also attached is a summary sheet that describes the push visually.

- Known Impacts: Quantifiable:
  - Winter Work Will Occur.  Additional cost and time impacts should be expected.
  - 4-4.5 Mos. of additional General Conditions cost Impacted as of now.
  - Building Dry In date extension.
  - Expected Billing percentages for Gray fiscal year ending 9/30/2019. Original projection 95%, current expected projection 25%.
  - Building turnover to Tyson extended.
  - Potential for Additional cost for storage of fabricated materials.
  - Subcontractor Pricing Increase i.e. Steel, PEMB etc.


- Future Possible impacts: Not Yet Quantifiable:
  - Schedule continued push due to pad ready.
  - Construction Activities Delayed Due to Tennessee Weather influence Window. Nov 1st, 2019 – March 30th, 2020
  - Availability of Subcontractors
  - Continued Subcontractor Pricing Increases
  - Tyson SOP date.
  - Increased Cohabitation and stacking of tradespeople w/ Tyson retained subs. Decreasing Productivity Factors for all.  This will also heighten the need for increased safety monitoring/staffing for all parties.

Gray will endeavor to work collaboratively with Tyson to minimize the impacts associated with this delay but as you can gather from the attached documents, there are definite cost impacts that are starting to affect us and the project.

# Pad Ready Impact Summary



| Activity ID | Activity Name | Orig Dur | Act Dur | Rem Dur | Start | Finish |
|---|---|---|---|---|---|---|
| **PROJECT TYSON HT** | | | | | | |
| **KEY PROJECT MILESTONES** | | | | | | |
| MDW-003 | RFP Process | 17 | 17 | 0 | 15-Aug-18 A | 07-Sep-18 A |
| MDW-004 | Bids Due | 1 | 1 | 0 | 07-Sep-18 A | 07-Sep-18 A |
| MDW-005 | Owner Review/Evaluation | 20 | 20 | 0 | 10-Sep-18 A | 05-Oct-18 A |
| MDW-006 | Owner/Gray Scope Review | 1 | 1 | 0 | 05-Oct-18 A | 05-Oct-18 A |
| MDW-007 | Notice to Proceed to Gray | 1 | 1 | 0 | 05-Oct-18 A | 05-Oct-18 A |
| **CONSTRUCTION MILESTONES** | | | | | | |
| MDW-009 | Building Pad Ready By Owner ( 10/28/18, 2/28/19, 3/16/19, 7/1/19) | 0 | 0 | 0 | 01-Jul-19* | |
| MDW-010 | Temporary Power Available to the Site | 0 | 0 | 0 | | 03-Dec-18 A |
| MDW-011 | Gray's Scope Complete (Nov 26, 19) | 0 | 0 | 0 | | 19-Mar-20* |
| MDW-013 | Gray Final Quality Building Review | 22 | 0 | 22 | 19-Mar-20 | 17-Apr-20 |
| MDW-013 | Tyson Scope (Building Completion) (Aug 29, 2020) | 0 | 0 | 0 | | 24-Jul-20* |
| MDW-014 | Tyson's Start of Commissioning of Equipment | 0 | 0 | 0 | 01-Jul-20* | |
| MDW-015 | Tyson's Start of Production (1st Kill) | 0 | 0 | 0 | 03-Aug-20* | |
| **Area 1- Process, Kill, Cut Debone, Tray Pack, Over-wrap** | | | | | | |
| MA1-91 | Area 1 - Tyson Mobilization/Scope of work can Start ( _/_/_ ) | 0 | 0 | 0 | 12-Mar-20 | 19-Mar-20 |
| MA1-95 | Area 1 - Gray's Scope of Work Complete | 0 | 0 | 0 | | 19-Mar-20 |
| **Area 2- Receiving / Harvest** | | | | | | |
| MA2-91 | Area 2 - Tyson Mobilization/Scope of work can Start ( _/_/_ ) | 0 | 0 | 0 | 10-Jan-20 | |
| MA2-95 | Area 2 - Gray's Scope of Work Complete | 0 | 0 | 0 | | 30-Jan-20 |
| **Area 3- Freezer / Shipping** | | | | | | |
| MA3-91 | Area 3 - Tyson Mobilization/Scope of work can Start ( _/_/_ ) | 0 | 0 | 0 | 21-Feb-20 | |
| MA3-95 | Area 3 - Gray's Scope of Work Complete | 0 | 0 | 0 | | 25-Feb-20 |
| **Area 4- Intake & Shipping** | | | | | | |
| CA4-A3-91 | Area 4 - Tyson Mobilization/Scope of work can Start ( _/_/_ ) | 0 | 0 | 0 | 18-Nov-19 | |
| CA4-A3-95 | Area 4 - Gray's Scope of Work Complete | 0 | 0 | 0 | | 03-Jan-20 |
| **CONSTRUCTION IMPACTS** | | | | | | |
| **CI-01 - Precast Roof and PCD's** | | | | | | |
| CI-01-02 | New - Loading Information from Owner is shared | 0 | 0 | 0 | 19-Feb-19 A | 19-Feb-19 A |
| CI-01-04 | CI-01 - A/E redesign based on new Load Information | 10 | 19 | 0 | 14-Nov-19 A | 18-Mar-19 A |
| CI-01-06 | CI-01 - Sub evaluate design on Precast/Engineering - Area 1 | 5 | 2 | 0 | 18-Mar-19 A | 19-Mar-19 A |
| CI-01-08 | CI-01 - Sub reissue impact/provide cost in PCD | 5 | 0 | 0 | 19-Mar-19 A | 19-Mar-19 A |
| CI-01-10 | CI-01 - PM review impact/approve PCD | 2 | 1 | 0 | 19-Mar-19 A | 20-Mar-19 A |
| CI-01-12 | CI-01 - PM leave CO to Sub | 1 | 1 | 0 | 21-Mar-19 | 21-Mar-19 |
| CI-01-14 | CI-01 - Sub submit new SD's for impacted areas - Area 1 | 10 | 0 | 10 | 22-Mar-19 | 04-Apr-19 |
| CI-01-16 | CI-01 - Gray/A/E review/approve SD's - Area 1 | 5 | 0 | 5 | 05-Apr-19 | 11-Apr-19 |
| CI-01-18 | CI-01 - Owner review/approve SD's - Area 1 | 5 | 0 | 5 | 12-Apr-19 | 18-Apr-19 |
| CI-01-20 | CI-01 - New precast/deliver offsite/process - Area 1 | 20 | 0 | 20 | 19-Apr-19 | 16-May-19 |
| CI-01-32 | CI-01 - Owner provide FINAL Load Information (After meeting) | 1 | 13 | 0 | 19-Feb-19 A | 08-Mar-19 A |
| **DESIGN/PRECONSTRUCTION** | | | | | | |
| **OWNER ACTIVITIES** | | | | | | |
| DOW-028 | Owner Provide Building Criteria/Programming | 0 | 0 | 0 | 14-Nov-18 A | 14-Nov-18 A |
| DOW-029 | Owner/ Gray Review of Bridging Documents | 0 | 0 | 0 | 14-Nov-18 A | 14-Nov-18 A |
| DOW-030 | Tyson Process MBP Criteria | 0 | 0 | 0 | 20-Mar-19 | 20-Mar-19 |
| DOW-031 | Building Roof Finalized | 0 | 0 | 0 | 04-Dec-18 A | 04-Dec-18 A |
| DOW-032 | Equipment Drawings and Utility Usage Lists | 1 | 1 | 0 | 27-Mar-19 | 27-Mar-19 |
| DOW-033 | Hazardous Material Lists | 1 | 1 | 0 | 27-Nov-18 A | 27-Nov-18 A |
| DOW-AD33 | Geotechnical Report Issued | 0 | 0 | 0 | 21-Nov-18 A | 21-Nov-18 A |
| DOW-AD03 | Offal loads & details info | 1 | 0 | 1 | 08-Jan-19 | 08-Jan-19 |
| DOW-AD07 | M.E.P loads & details info | 0 | 0 | 0 | 20-Mar-19 | 20-Mar-19 |
| DOW-AD08 | process equipment information provided | 0 | 0 | 0 | 20-Mar-19 | 20-Mar-19 |
| DOW-AD17 | foundation system decision (geo/pier vs auger cast) | 0 | 0 | 0 | 04-Dec-18 A | 04-Dec-18 A |
| **WWT Information** | | | | | | |
| DOW-AD05 | WWT - civil piping information & details | 0 | 0 | 0 | 04-Dec-18 A | 04-Dec-18 A |
| **GRAY DESIGN** | | | | | | |
| **General Coordination** | | | | | | |
| DGC-021 | Project 30% review | 0 | 0 | 0 | | 09-Jan-19 A |
| DGC-031 | Project 60% review | 0 | 0 | 0 | | 19-Feb-19 A |
| DGC-041 | Project 90% review | 0 | 0 | 0 | | 21-Mar-19 |

Legend: Actual · Remaining · Critical · ◆ Milestone

Start Date: 15-Aug-18
Data Date: 20-Mar-19
Run Date: 21-Mar-19

PROJECT TYSON HT
Overall Schedule

Gray

TRT-3/1
1 of 13
218068





| Activity ID | Activity Name | Orig Dur | Act Dur | Rem Dur | Start | Finish |
|---|---|---|---|---|---|---|
| **Precast** | | | | | | |
| P03p-011 | Precast - GrayOwner RowApp - SDs - Col,Beams,Dbl T's | 11 | 17 | 0 | 29-Dec-18A | 23-Jan-19A |
| P03p-016 | Precast - Sub FabDeliver - Col,Beams,Dbl T's | 40 | 32 | 10 | 04-Feb-19A | 01-Aug-19 |
| P03p-020 | Precast - Sub Prepare/Submit - SDs - Walls | 62 | 71 | 0 | 19-Oct-18A | 01-Feb-19A |
| P03p-021 | Precast - GrayOwner RowApp - SDs - Walls | 5 | 18 | 0 | 01-Feb-19A | 27-Feb-19A |
| P03p-028 | Precast - Sub FabDeliver - Walls | 40 | 7 | 33 | 11-Mar-19A | 01-Aug-19 |
| **Specialty Slab/Coatings** | | | | | | |
| P03s-005 | Spec. Slab - BidAward - Specialty Slab (Tufco) | 10 | 7 | 3 | 11-Mar-19A | 22-Mar-19 |
| P03s-009 | Spec. Slab - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 22-Apr-19 | 10-May-19 |
| P03s-010 | Spec. Slab - Sub Prepare/Submit SDs/PDs - Materials | 15 | 0 | 15 | 25-Mar-19 | 12-Apr-19 |
| P03s-011 | Spec. Slab - GrayOwner RowApp - SDs/PDs - Materials | 5 | 0 | 5 | 09-Apr-19 | 12-Apr-19 |
| P03s-018 | Spec. Slab - Sub FabDeliver - Materials | 15 | 0 | 15 | 15-Apr-19 | 10-May-19 |
| P09e-009 | Epoxy - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 29-Apr-19 | 17-May-19 |
| P09e-010 | Epoxy - Sub Prepare/Submit SDs/PDs - Materials | 15 | 0 | 15 | 25-Mar-19 | 12-Apr-19 |
| P09e-011 | Epoxy - GrayOwner RowApp - SDs/PDs - Samples - Materials | 5 | 0 | 5 | 15-Apr-19 | 17-Apr-19 |
| P09e-018 | Epoxy - Sub FabDeliver - Materials | 20 | 0 | 20 | 22-Apr-19 | 17-May-19 |
| P09f-009 | Floor - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 13-May-19 | 03-Jun-19 |
| P09f-010 | Floor - Sub Prepare/Submit SDs/PDs - Materials | 20 | 0 | 20 | 25-Mar-19 | 12-Apr-19 |
| P09f-011 | Floor - GrayOwner RowApp - SDs/PDs - Samples - Materials | 5 | 0 | 5 | 15-Apr-19 | 19-Apr-19 |
| P09f-018 | Floor - Sub FabDeliver - Materials | 30 | 0 | 30 | 22-Apr-19 | 03-Jun-19 |
| **Masonry** | | | | | | |
| P04-005 | CMU - BidAward - Masonry | 15 | 22 | 4 | 18-Feb-19A | 25-Mar-19 |
| P04-009 | CMU - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 30-Apr-19 | 20-May-19 |
| P04-010 | CMU - Sub Prepare/Submit SDs/PDs - Materials | 15 | 0 | 15 | 26-Mar-19 | 15-Apr-19 |
| P04-011 | CMU - GrayOwner RowApp - SDs/PDs - Materials | 5 | 0 | 5 | 16-Apr-19 | 22-Apr-19 |
| P04-018 | CMU - Sub FabDeliver - Materials | 20 | 0 | 20 | 23-Apr-19 | 20-May-19 |
| **Steel** | | | | | | |
| P05-005 | SS - BidAward - Structural Steel | 20 | 24 | 0 | 31-Jan-19A | 06-Mar-19A |
| P05-009 | SS - Pre-const Meeting/Sub Mobilize | 15 | 6 | 0 | 22-May-19 | 12-Jun-19 |
| P05-010 | SS - Sub Prepare/Submit SDs - A3 - Bar/Joist/Deck | 15 | 10 | 15 | 10-Apr-19 | 09-Apr-19 |
| P05-011 | SS - GrayOwner RowApp SDs - A3 - Bar/Joist/Deck | 5 | 0 | 5 | 16-Apr-19 | 16-Apr-19 |
| P05-018 | SS - Sub FabDeliver - A3 - Bar/Joist/Deck | 30 | 0 | 30 | 17-Apr-19 | 29-May-19 |
| P05-016 | SS - Sub Prepare/Submit SDs - A3 - Struct. Stl | 30 | 10 | 30 | 06-Mar-19A | 16-Apr-19 |
| P05-028 | SS - Sub FabDeliver - A3 - Struct. Stl | 40 | 0 | 40 | 17-Apr-19 | 12-Jun-19 |
| **Miscellaneous Steel** | | | | | | |
| P05m-010 | MS - Sub Prepare/Submit SDs - A3 - Stairs | 25 | 0 | 25 | 10-Apr-19 | 14-May-19 |
| P05m-011 | MS - GrayOwner RowApp SDs - A3 - Stairs | 5 | 0 | 5 | 15-May-19 | 21-May-19 |
| P05m-018 | MS - Sub FabDeliver - A3 - Stairs | 30 | 0 | 30 | 22-May-19 | 03-Jul-19 |
| P05m-020 | MS - Sub Prepare/Submit SDs - A3/A4 - Stairs | 15 | 0 | 15 | 15-May-19 | 05-Jun-19 |
| P05m-021 | MS - GrayOwner RowApp SDs - A3/A4 - Stairs | 5 | 0 | 5 | 06-Jun-19 | 12-Jun-19 |
| P05m-028 | MS - Sub FabDeliver - A3/A4 - Stairs | 30 | 0 | 30 | 13-Jun-19 | 25-Jul-19 |
| P05m-030 | MS - Sub Prepare/Submit SDs - A1 - Stairs | 15 | 0 | 15 | 05-Jun-19 | 26-Jun-19 |
| P05m-031 | MS - GrayOwner RowApp SDs - A1 - Stairs | 5 | 0 | 5 | 27-Jun-19 | 03-Jul-19 |
| P05m-038 | MS - Sub FabDeliver - A1 - Stairs | 30 | 0 | 30 | 05-Jul-19 | 15-Aug-19 |
| P05m-040 | MS - Sub Prepare/Submit SDs - Pit/Trench Imbeds | 15 | 0 | 15 | 10-Apr-19 | 14-May-19 |
| P05m-041 | MS - GrayOwner RowApp SDs - Pit/Trench Imbeds | 5 | 0 | 5 | 15-May-19 | 21-May-19 |
| P05m-048 | MS - Sub FabDeliver - Pit/Trench Imbeds | 30 | 0 | 30 | 22-May-19 | 03-Jul-19 |
| P05m-050 | MS - Sub Prepare/Submit SDs - Misc.Steel | 25 | 0 | 25 | 10-Apr-19 | 14-May-19 |
| P05m-051 | MS - GrayOwner RowApp SDs - Misc.Steel | 5 | 0 | 5 | 15-May-19 | 21-May-19 |
| P05m-058 | MS - Sub FabDeliver - Misc.Steel | 30 | 0 | 30 | 22-May-19 | 02-Jul-19 |
| **Millwork** | | | | | | |
| P06-005 | Case - BidAward - Casework | 15 | 0 | 15 | 24-Mar-19 | 15-Apr-19 |
| P06-009 | Case - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 12-Jun-19 | 02-Jul-19 |
| P07-010 | Case - Sub Prepare/Submit SDs/PDs - Materials | 20 | 0 | 20 | 16-Apr-19 | 13-May-19 |
| P06-011 | Case - GrayOwner RowApp - SDs/PDs - Materials | 5 | 0 | 5 | 14-May-19 | 20-May-19 |
| P06-018 | Case - Sub FabDeliver - Materials | 30 | 0 | 30 | 21-May-19 | 02-Jul-19 |
| **Building Enclosure** | | | | | | |
| *Roofing* | | | | | | |
| P04-005 | Roof - BidAward - Roofing | 15 | 0 | 15 | 24-Mar-19 | 15-Apr-19 |
| P07-005 | Roof - Pre-const Meeting/Sub Mobilize | 15 | 0 | 15 | 12-Jun-19 | 02-Jul-19 |
| P07-009 | Roof - Sub Prepare/Submit SDs/PDs - Materials | 20 | 0 | 20 | 16-Apr-19 | 13-May-19 |
| P07-010 | Roof - GrayOwner RowApp - SDs/PDs - Materials | 5 | 0 | 5 | 14-May-19 | 20-May-19 |
| P07-018 | Roof - Sub FabDeliver - Materials | 30 | 0 | 30 | 21-May-19 | 02-Jul-19 |

Legend: Actual | Remaining | Critical | Milestone

Start Date: 15-Aug-18   Data Date: 20-Mar-19   Run Date: 21-Mar-19

TRT-3/1 — 4 of 13 — 218668

Gray







PROJECT TYSON HT
Overall Schedule

Start Date : 15-Aug-18
Data Date : 20-Mar-19
Run Date : 21-Mar-19

Actual ▬ (green)   Critical ▬ (red)   Remaining ▬ (blue)   Milestone ◆

TRT-3r1
7 of 13
218008



PROJECT TYSON HT
Overall Schedule

| Activity ID | Activity Name | Orig Dur | Act Dur | Rem Dur | Start | Finish |
|---|---|---|---|---|---|---|
| CA0-0288 | A2 - FN - Backfill FN'd Rec'd. w. no sheet piles | 5 | 0 | 5 | 19-Sep-19 | 25-Sep-19 |
| CA0-0301 | A2 - Install Geopiers | 8 | 0 | 8 | 11-Jul-19 | 22-Jul-19 |
| CA0-0310 | A2 - E/FRE/nFP FND Caps/Grade Beams - ALL AREAS | 8 | 0 | 8 | 16-Jul-19 | 25-Jul-19 |
| CA0-0342 | A2 - FN - Mud/RIP Pit Slack & FND (@278 and 82.6) | 12 | 0 | 12 | 08-Aug-19 | 23-Aug-19 |
| CA0-0346 | A2 - FN - PRRP PIT Walls - All 4 sides | 15 | 0 | 15 | 16-Aug-19 | 06-Sep-19 |
| CA0-0508 | A2 - FN - Install Handrails around Pit | 4 | 0 | 4 | 09-Sep-19 | 12-Sep-19 |
| CA0-0708 | A2 - FN - Install Waterproofing | 8 | 0 | 8 | 09-Sep-19 | 18-Sep-19 |
| CA0-9010 | A2 - EOR Letter - FND Ready for Precast Install - ALL AREAS | 0 | 0 | 0 | 01-Aug-19 | 01-Aug-19 |
| **Structure** | | | | | | |
| CA0-0320 | A2 - Erect Precast (Wall/Beam/Tee's) - ALL AREAS | 12 | 0 | 12 | 26-Sep-19 | 14-Oct-19 |
| CA0-020x | A2 - Remove Precast Bracing - ALL AREAS | 3 | 0 | 3 | 21-Oct-19 | 23-Oct-19 |
| CA0-0350 | A2 - Grout Precast - ALL AREAS | 14 | 0 | 14 | 27-Sep-19 | 17-Oct-19 |
| CA0-0541 | A2 - Install Wall Framing - Col. H | 5 | 0 | 5 | 24-Oct-19 | 30-Oct-19 |
| CA0-9050 | A2 - Testing Inspect - Precast Ready for Brace Removal - ALL | 1 | 0 | 1 | 18-Oct-19 | 18-Oct-19 |
| **Concrete Slabs** | | | | | | |
| CA0-030a | A2 - Excavate & Set Trench Rebar - ALL AREAS | 10 | 0 | 10 | 14-Nov-19 | 27-Nov-19 |
| CA0-030b | A2 - Place mud mat & Set proceed SS/till trench - ALL AREAS | 10 | 0 | 10 | 19-Nov-19 | 04-Dec-19 |
| CA0-030c | A2 - E/FRE/P FND for CMU walls - ALL AREAS | 4 | 0 | 4 | 14-Nov-19 | 19-Nov-19 |
| CA0-030a | A2 - Place mud mat & fill concrete - ALL AREAS | 15 | 0 | 15 | 20-Nov-19 | 27-Nov-19 |
| CA0-030b | A2 - V/RIP/F Concrete slab (4 pours) | 15 | 0 | 15 | 22-Nov-19 | 16-Dec-19 |
| CA0-0390 | A2 - RFP Concrete Curbs - ALL AREAS | 16 | 0 | 16 | 17-Dec-19 | 09-Jan-20 |
| CA0-0810 | A2 - Install OH/Dock Equipment | 5 | 0 | 5 | 24-Dec-19 | 30-Dec-19 |
| CA0-2220 | A2 - U/G Sanitary Piping | 5 | 0 | 5 | 24-Dec-19 | 30-Dec-19 |
| CA0-2420 | A2 - U/G Process Waste Piping | 15 | 0 | 15 | 24-Dec-19 | 13-Nov-19 |
| **Building Enclosure** | | | | | | |
| CA0-0030 | A2 - FRE/nP Roof topping Slab - ALL AREAS | 6 | 0 | 6 | 25-Oct-19 | 01-Nov-19 |
| CA0-0560 | A2 - Install RTU Platforms | 15 | 0 | 15 | 01-Nov-19 | 21-Nov-19 |
| CA0-0710 | A2 - Install Roofing System - ALL AREAS | 12 | 0 | 12 | 01-Nov-19 | 18-Nov-19 |
| CA0-0721 | A2 - Install Wall Framing - Col. H | 4 | 0 | 4 | 31-Oct-19 | 05-Nov-19 |
| CA0-0790 | A2 - Install Precast Caulking - ALL AREAS | 9 | 0 | 9 | 24-Oct-19 | 05-Nov-19 |
| CA0-0810 | A2 - Install OH/Dock Equipment | 5 | 0 | 5 | 17-Dec-19 | 23-Dec-19 |
| CA0-0860 | A2 - Install Frame/Door/Hardware - Exterior Doors (ALL) | 5 | 0 | 5 | 17-Dec-19 | 23-Dec-19 |
| **Finishes** | | | | | | |
| CA0-0417 | A2 - Install CMU - Separation Walls | 12 | 0 | 12 | 20-Nov-19 | 09-Dec-19 |
| CA0-0733 | A2 - MIP walls - ALL AREAS | 8 | 0 | 8 | 17-Dec-19 | 27-Dec-19 |
| CA0-0743 | A2 - Install Caulking/Sealing @ MIP on Col.M | 8 | 0 | 8 | 30-Dec-19 | 09-Jan-20 |
| CA0-0820 | A2 - Install Interior OH Doors - ALL | 10 | 0 | 10 | 30-Dec-19 | 13-Jan-20 |
| CA0-0870 | A2 - Install Frame/Door/Hardware - Interior Doors (ALL) | 8 | 0 | 8 | 30-Dec-19 | 09-Jan-20 |
| CA0-0919 | A2 - Install MIP Sealant - Separation Walls | 2 | 0 | 2 | 30-Dec-19 | 09-Jan-20 |
| CA0-0927 | A2 - Install Gyp Bd (Hang/Finish) - Separation Walls in Col M-V/A-F (4-5) (A) | 16 | 0 | 16 | 30-Dec-19 | 21-Jan-20 |
| CA0-0960 | A2 - Final Paint - (All items) - All Areas | 12 | 0 | 12 | 14-Jan-20 | 29-Jan-20 |
| **Electrical** | | | | | | |
| CA0-2070 | A2 - Pull/Fit Wire/Term - Fire Alarm/Wiring/Devices | 15 | 0 | 15 | 17-Dec-19 | 08-Jan-20 |
| **Fire Protection** | | | | | | |
| CA0-2130 | A2 - Install FP Mains/Branches - ALL AREAS | 12 | 0 | 12 | 17-Oct-19 | 01-Nov-19 |
| CA0-2180 | A2 - Stack FP Main Risers | 4 | 0 | 4 | 17-Dec-19 | 20-Dec-19 |
| CA0-2190 | A2 - Install FP Below Mech/Elec/Obstructions - ALL Areas (POST-Tyson) | 10 | 0 | 10 | 01-Jun-20 | 12-Jun-20 |
| **Support Areas** | | | | | | |
| CA0-0999 | A2 - Finishes and Supporting Areas | 60 | 60 | 0 | 16-Sep-19 | 11-Dec-19 |
| **TO BE RWKD --- RESTROOMS** | | | | | | |
| CA0-8006 | PL R/R - Install CMU Above Slab | 5 | 0 | 5 | 17-Dec-19 | 21-Dec-19 |
| CA0-8008 | PL R/R - Install Steel Support/Deck | 2 | 0 | 2 | 22-Dec-19 | 23-Dec-19 |
| CA0-8010 | PL R/R - Rock B/Frame Finish Face CMU | 2 | 0 | 2 | 24-Dec-19 | 24-Dec-19 |
| CA0-8012 | PL R/R - FRP Stair on Deck | 4 | 0 | 4 | 24-Dec-19 | 27-Dec-19 |
| CA0-8016 | PL R/R - Hanger/Install E/F Ductwork (--NC--) | 3 | 0 | 3 | 28-Dec-19 | 30-Dec-19 |
| CA0-8018 | PL R/R - Drops & R/I FP Piping | 3 | 0 | 3 | 28-Dec-19 | 29-Dec-19 |
| CA0-8020 | PL R/R - R/I elec conduit (ALL) (--NC--) | 5 | 0 | 5 | 28-Dec-19 | 01-Jan-20 |
| CA0-8021 | PL R/R - Frame/Install OH Doors | 2 | 0 | 2 | 28-Dec-19 | 30-Dec-19 |
| CA0-8028 | PL R/R - Pull Wire/Set Devices - Mech, Conv OH Doors (--NC--) | 3 | 0 | 3 | 31-Dec-19 | 02-Jan-20 |
| CA0-8030 | PL R/R - Pull Wire - Fixtures + Lights (--NC--) | 3 | 0 | 3 | 29-Dec-19 | 31-Dec-19 |
| CA0-8032 | PL R/R - Install Wire/Set Devices - Fire Alarm | 3 | 0 | 3 | 28-Dec-19 | 30-Dec-19 |
| CA0-8034 | PL R/R - RWKD Plumbing (--NC--) | 2 | 0 | 2 | 02-Jan-20 | 03-Jan-20 |
| CA0-8036 | PL R/R - Install ACT Grid | 2 | 0 | 2 | 03-Jan-20 | 04-Jan-20 |

PROJECT TYSON HT
Overall Schedule

Gray

Start Date : 15-Aug-18
Data Date : 20-Mar-19
Run Date : 21-Mar-19

Actual — Remaining — Critical — Milestone ◆



PROJECT TYSON HT
Overall Schedule

Start Date: 15-Aug-18
Data Date: 20-Mar-19
Run Date: 21-Mar-19

TRT-3/1
10 of 13
218068

| Activity ID | Activity Name | Orig Dur | Act Dur | Rem Dur | Start | Finish |
|---|---|---|---|---|---|---|
| **Concrete Slabs** | | | | | | |
| CAU-0595 | A3 - Install Roof/Misc Deck - Office | 2 | 0 | 2 | 20-Sep-19 | 23-Sep-19 |
| CAU-0596 | A3 - Install Roof Deck - Utility | 14 | 0 | 14 | 09-Sep-19 | 26-Sep-19 |
| CAU-0654 | A3 - Testing Inspect - Precast Ready for Brace Removal - Col 32 | 1 | 0 | 1 | 23-Sep-19 | 23-Sep-19 |
| CAU-0655 | A3 - Testing Inspect - Precast Ready for Brace Removal - Office | 1 | 0 | 1 | 24-Sep-19 | 24-Sep-19 |
| CAU-0656 | A3 - Testing Inspect - Precast Ready for Brace Removal - Utility | 1 | 0 | 1 | 19-Aug-19 | 19-Aug-19 |
| **Concrete Slabs** | | | | | | |
| CAU-0361a | A3 - Excavate & Set Trench Rebar - Drag Blast Support | 12 | 0 | 12 | 31-Oct-19 | 15-Nov-19 |
| CAU-0361b | A3 - Place mud mat Precast Trenches & CMU FND - Drag Blast Support | 6 | 0 | 6 | 05-Nov-19 | 12-Nov-19 |
| CAU-0361c | A3 - Set precast Trench - Drag Blast Support | 5 | 0 | 5 | 07-Nov-19 | 13-Nov-19 |
| CAU-0361i | A3 - Lay insulation for SOG - Drag Blast Support | 8 | 0 | 8 | 09-Oct-19 | 18-Oct-19 |
| CAU-0362a | A3 - Excavate & Set Trench Rebar - WPC | 12 | 0 | 12 | 31-Oct-19 | 15-Nov-19 |
| CAU-0362b | A3 - Place mud mat for Precast Trenches & MP FND - WPC | 6 | 0 | 6 | 05-Nov-19 | 12-Nov-19 |
| CAU-0362c | A3 - Set precast Trench - WPC | 5 | 0 | 5 | 07-Nov-19 | 13-Nov-19 |
| CAU-0363a | A3 - Excavate & Set Trench Rebar - Cooler | 8 | 0 | 8 | 14-Oct-19 | 21-Oct-19 |
| CAU-0363b | A3 - Place mud mat for Precast Trenches & MP FND - Cooler | 6 | 0 | 6 | 16-Oct-19 | 22-Oct-19 |
| CAU-0363c | A3 - Set precast Trench - Cooler | 5 | 0 | 5 | 17-Oct-19 | 01-Nov-19 |
| CAU-0364 | A3 - Lay insulation for SOG - Cooler | 5 | 0 | 5 | 16-Oct-19 | 22-Oct-19 |
| CAU-0364a | A3 - Excavate & Set Trench Rebar - Holding Dock | 12 | 0 | 12 | 24-Oct-19 | 30-Oct-19 |
| CAU-0364b | A3 - Place mud mat for Precast Trenches - Holding Dock | 6 | 0 | 6 | 24-Oct-19 | 30-Oct-19 |
| CAU-0364c | A3 - Set precast Trench - Holding Dock | 5 | 0 | 5 | 07-Nov-19 | 22-Oct-19 |
| CAU-0364d | A3 - Lay insulation for SOG - Holding Dock | 10 | 0 | 10 | 09-Oct-19 | 15-Oct-19 |
| CAU-0364e | A3 - PRIP Truck Dock Pit Base/Slab - Holding Dock | 12 | 0 | 12 | 27-Sep-19 | 15-Oct-19 |
| CAU-0365a | A3 - Excavate & Set Trench Rebar - Utility | 12 | 0 | 12 | 31-Oct-19 | 15-Nov-19 |
| CAU-0371a | A3 - Place mud mat for Precast Trenches & CMU FND - Utility | 6 | 0 | 6 | 05-Nov-19 | 12-Nov-19 |
| CAU-0371f | A3 - Set precast Trench - Utility | 5 | 0 | 5 | 07-Nov-19 | 13-Nov-19 |
| CAU-0371i | A3 - Place final sub grade materials - Drag Blast Support | 3 | 0 | 3 | 07-Nov-19 | 11-Nov-19 |
| CAU-0372a | A3 - VRRFP Concrete Slab (2 pours) - Drag Support Areas | 3 | 0 | 3 | 11-Nov-19 | 21-Nov-19 |
| CAU-0372b | A3 - VRRFP Tube Cover Slab (2 pours) - Drag Blast Only | 18 | 0 | 18 | 11-Nov-19 | 06-Dec-19 |
| CAU-0373a | A3 - Place final sub grade materials - Cooler | 3 | 0 | 3 | 07-Nov-19 | 11-Nov-19 |
| CAU-0373b | A3 - VRRFP Concrete Slab (2 pours) - Cooler | 8 | 0 | 8 | 11-Nov-19 | 20-Nov-19 |
| CAU-0373c | A3 - Place final sub grade materials - WPC | 3 | 0 | 3 | 16-Oct-19 | 18-Oct-19 |
| CAU-0374a | A3 - VRRFP Concrete Slab (2 pours) - WPC | 8 | 0 | 8 | 06-Nov-19 | 15-Nov-19 |
| CAU-0374b | A3 - Place final sub grade materials - Holding Dock | 3 | 0 | 3 | 24-Oct-19 | 29-Oct-19 |
| CAU-0375a | A3 - Place final sub grade materials - Office | 9 | 0 | 9 | 06-Nov-19 | 18-Nov-19 |
| CAU-0375b | A3 - VRRFP Concrete Slab (2 pours) - Office | 2 | 0 | 2 | 21-Oct-19 | 22-Oct-19 |
| CAU-0376a | A3 - Place final sub grade materials - Utility | 4 | 0 | 4 | 23-Oct-19 | 28-Oct-19 |
| CAU-0376b | A3 - VRRFP Concrete Slab (2 pours) - Utility | 9 | 0 | 9 | 11-Nov-19 | 21-Nov-19 |
| CAU-0385 | A3 - VRRFP Conc Misc Slab (1 pour) - Office | 4 | 0 | 4 | 23-Oct-19 | 28-Oct-19 |
| CAU-0391 | A3 - RRFP Concrete Curbs - Drag Blast Support | 24 | 0 | 24 | 06-Jan-20 | 06-Feb-20 |
| CAU-0392 | A3 - RRFP Concrete Curbs - Cooler | 14 | 0 | 14 | 21-Nov-19 | 12-Dec-19 |
| CAU-0393 | A3 - RRFP Concrete Curbs - WPC | 10 | 0 | 10 | 22-Nov-19 | 30-Oct-19 |
| CAU-0394 | A3 - RRFP Concrete Curbs - Holding Dock | 10 | 0 | 10 | 22-Nov-19 | 09-Dec-19 |
| CAU-0396 | A3 - RRFP Concrete Curbs - Utility | 16 | 0 | 16 | 30-Jan-20 | 20-Feb-20 |
| CAU-2224 | A3 - UIG Sanitary Piping - Holding Dock | 6 | 0 | 6 | 09-Oct-19 | 16-Oct-19 |
| CAU-2225 | A3 - UIG Sanitary Piping - Holding Dock | 8 | 0 | 8 | 09-Oct-19 | 30-Oct-19 |
| CAU-2226 | A3 - UIG Sanitary Piping - Utility | 4 | 0 | 4 | 09-Oct-19 | 14-Oct-19 |
| CAU-2421 | A3 - UIG Process Waste Piping - Drag Blast Support | 16 | 0 | 16 | 09-Oct-19 | 30-Oct-19 |
| CAU-2422 | A3 - UIG Process Waste Piping - Cooler | 16 | 0 | 16 | 09-Oct-19 | 30-Oct-19 |
| CAU-2423 | A3 - UIG Process Waste Piping - WPC | 16 | 0 | 16 | 09-Oct-19 | 30-Oct-19 |
| CAU-2441 | A3 - UIG Glycol Piping - Drag Blast Support | 12 | 0 | 12 | 09-Oct-19 | 24-Oct-19 |
| CAU-2446 | A3 - UIG Glycol Piping - MAIN - Utility | 8 | 0 | 8 | 27-Sep-19 | 09-Oct-19 |
| **Building Enclosure** | | | | | | |
| CAU-0560 | A3 - Install RTU Platforms | 15 | 0 | 15 | 10-Oct-19 | 30-Oct-19 |
| CAU-0580 | A3 - Install Mech System (2) - Box Storage | 18 | 0 | 18 | 27-Jan-20 | 19-Feb-20 |
| CAU-0590 | A3 - Install Roofing System - Main Structure | 30 | 0 | 30 | 12-Dec-19 | 24-Jan-20 |
| CAU-0712 | A3 - Install Roofing - Box Storage | 5 | 0 | 5 | 05-Dec-19 | 11-Dec-19 |
| CAU-0720 | A3 - Install Exterior MP System - Main Structure (E & W) | 20 | 0 | 20 | 10-Oct-19 | 06-Nov-19 |
| CAU-0722 | A3 - Install Exterior MP System - Box Storage (N & S) | 12 | 0 | 12 | 22-Nov-19 | 11-Dec-19 |
| CAU-0725 | A3 - Install Exterior Metal System - Office Area | 14 | 0 | 14 | 15-Oct-19 | 23-Nov-19 |
| CAU-0785 | A3 - Install Storefront/Glass - Office | 5 | 0 | 5 | 25-Sep-19 | 02-Oct-19 |
| CAU-0791 | A3 - Install Caulking - Col 32 | 8 | 0 | 8 | 26-Sep-19 | 08-Oct-19 |
| CAU-0795 | A3 - Install Caulking - Utility | 8 | 0 | 8 | 27-Sep-19 | 09-Oct-19 |

Start Date: 15-Aug-18
Data Date: 20-Mar-19
Run Date: 21-Mar-19

Legend: Actual | Remaining | Critical | Milestone

**PROJECT TYSON HT**
Overall Schedule

TRT-3/1
11 of 13
218068

Gray





Thank you,
Matt

**Matthew Cecil**
Project Manager



Gray
10 Quality Street
Lexington, KY 40507-1450
Telephone: 859-281-9338
Mobile: 859-358-4017
Fax: 859-252-5300
mcecil@gray.com
www.gray.com

Connect with us:

   

This e-mail, and any documents, files or previous e-mail messages attached to it may contain confidential, privileged or proprietary information. If you have received this communication in error, please contact the sender and destroy all copies of this email.