UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **GRAY CONSTRUCTION, INC.** | Case No.: **1:21-CV-01213-STA-JAY** |
| Plaintiff/Petitioner | |
| vs. | |
| **TYSON FOODS, INC., ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; NOTICE OF FILING CORRECTED DOCUMENT; NOTICE OF APPEARANCE (X2)** |

Received by **Rodney Samuels**, on the **10th day of January, 2022 at 7:44 AM** to be served upon **Tyson Foods, Inc. c/o CORPORATION TRUST COMPANY, REGISTERED AGENT** at **CORPORATION TRUST CENTER, 1209 North Orange Street, Wilmington, New Castle County, DE 19801**.

On the **10th day of January, 2022 at 10:31 AM**, I, **Rodney Samuels**, SERVED Tyson Foods, Inc. c/o CORPORATION TRUST COMPANY, REGISTERED AGENT at CORPORATION TRUST CENTER, 1209 North Orange Street, Wilmington, New Castle County, DE 19801 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CORPORATION TRUST COMPANY, REGISTERED AGENT**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CORPORATION TRUST COMPANY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.  named Robin Hutt Banks who is authorized to accept service.**

Service Fee Total: **$129.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: *Rodney Samuels*                                                                                          01/10/2022

Rodney Samuels; 810 E Basin Rd #H4, New Castle, DE 19720        Server ID #        Date



REF: **Matter no. 218397**

Page 1 of 1
Tracking #: **0081528118**