# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# JACKSON DIVISION

| | |
|---|---|
| **GRAY CONSTRUCTION, INC.,** | |
| Plaintiff, | |
| v. | No. 1:21-cv-1213-STA-jay |
| **TYSON FOODS, INC.,** **TYSON FARMS, INC.,** and **INDUSTRIAL DEVELOPMENT BOARD OF GIBSON COUNTY TENNESSEE,** | |
| Defendants. | |

## REPORT ON MEDIATION

The parties hereby give notice that they have conducted a mediation in accordance with the Scheduling Order (ECF No. 22) and successfully reached an agreement to resolve this action. The parties are currently preparing documentation to effectuate the terms of the agreement and will file a stipulation of dismissal of this action with prejudice as soon as that documentation has been executed.

Respectfully submitted this 30th day of September 2022.

| | |
|---|---|
| BUTLER SNOW LLP | ADAMS AND REESE, LLP |
| /s/*Kathryn Van Namen* | /s/ *Clarence A. Wilbon* |
| Michael I. Less (BPR#008170) | Clarence A. Wilbon (BPR #23378) |
| Kathryn K. Van Namen (BPR #031322) | Rocklan W. King, III (BPR #030643) |
| Andrew B. Schrack (BPR #037624) | 6075 Poplar Ave., Suite 700 |
| 6075 Poplar Avenue, Suite 500 | Memphis, TN 38119 |
| Memphis, TN 38119 | (901) 525-3234 (phone) |
| Telephone: 901-680-7200 | (901) 524-5381 (fax) |
| michael.less@butlersnow.com | Clarence.Wilbon@arlaw.com |
| kate.vannamen@butlersnow.com | *Attorneys for Defendants* |
| andrew.schrack@butlersnow.com | |
| *Attorneys for Plaintiff Gray Construction, Inc.* | |