# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| GRAY CONSTRUCTION, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | )     Case No.: 1:21-cv-1213-STA-jay ) |
| TYSON FOODS, INC., TYSON FARMS, INC., AND INDUSTRIAL DEVELOPMENT BOARD OF GIBSON COUNTY TENNESSEE, | ) ) ) ) ) |
|     Defendants. | ) |

## ORDER ON NOTICE OF SETTLEMENT

Before the Court is the parties Report on Mediation Certification (ECF No. 30) filed September 30, 2022. According to the report, the parties have reached an agreement to resolve their dispute. Local Rule 83.13(b) requires the parties to any civil action to promptly notify the presiding judge if they reach a settlement. The Rule then gives the parties 28 days to file a final stipulation or motion for dismissal. In this case, the parties' report satisfies the requirements of Rule 83.13(b). Therefore, the parties will have 28 days from the entry of this order to submit their final stipulation or motion for dismissal. Failure to file a stipulation or motion within that time period may result in the dismissal of Plaintiff's case without further notice.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: October 3, 2022