UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **GRAY CONSTRUCTION, INC.,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **vs.** | |
| **TYSON FOODS, INC., ET AL.,** | **CASE NO: 21-1213-STA-jay** |
|     **Defendants.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with **ORDER OF DISMISSAL WITH PREJUDICE** entered on November 22, 2022, this cause is hereby DISMISSED with prejudice.

                                                                                   **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 11/22/2022**　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　s/Maurice B. BRYSON

　　　　　　　　　　　　　　　　　　　　**(By)   Deputy Clerk**